Entered on Docket
January 19, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtors

The following constitutes
the order of the court. Signed January 19, 2016

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISON

| | |
|---|---|
| In re<br><br>JOHN MOJICA<br>SUZANNE MOJICA<br><br>Debtors. | CASE No. 12-53610-SLJ<br><br>Chapter 13<br><br>**ORDER GRANTING MOTION TO MODIFY CHAPTER 13 PLAN** |

Upon consideration of Debtors' MOTION TO MODIFY CHAPTER 13 PLAN filed with the Court on December 21, 2015, and good cause appearing therefore;

IT IS ORDERED THAT the Motion to Modify Chapter 13 Plan filed on December 21, 2015 is granted.

**END OF ORDER**

COURT SERVICE LIST

No parties to be served.